No. 98–1626. KENTUCKY RIGHT TO LIFE, INC., ET AL. v. STENGEL, COMMONWEALTH ATTORNEY, JEFFERSON COUNTY,

ET AL. C. A. 6th Cir. Certiorari denied.